Decided May 19, 1999

STATE OF CONNECTICUT *v.* LUIS COLON

The defendant's petition for certification for appeal from the Appellate Court, 52 Conn. App. 670 (AC 17641), is denied.

*Leopold P. DeFusco,* special public defender, in support of the petition.

*Cornelius P. Kelly*, assistant state's attorney, in opposition.

Decided May 19, 1999

The defendants' petition for certification for appeal from the Appellate Court, 52 Conn. App. 763 (AC 17875), is granted, limited to the following issue: